IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JESSE WADSWORTH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:18-CV-895-WHA |
| BILL FRANKLIN, et al., | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On December 12, 2018, the Magistrate Judge entered a Recommendation (Doc. #14) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to provide a current address as ordered by this court.

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 9th day of January, 2019.

    /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE